UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

In re:                                              )
                                                    )  Case No. 10-32146
LANE PUNCH CORPORATION,                             )
                                                    )  Chapter 11
            Debtor.                                 )
                                                    )

### SUPPLEMENT TO APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LANE PUNCH CORPORATION TO RETAIN AND EMPLOY BUTLER RUBIN SALTARELLI & BOYD LLP PURSUANT TO SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE EFFECTIVE AS OF SEPTEMBER 3, 2010

The Official Committee of Unsecured Creditors (the "Committee") of Lane Punch Corporation, respectfully submits this supplement to the Application of the Official Committee of Unsecured Creditor of Lane Punch Corporation to Retain and Employ Butler Rubin Saltarelli & Bold LLP Pursuant to Section 328 and 330 of the Bankruptcy Code Effective as of September 3, 2010 (the "Application"), filed on September 20, 2010. Attached hereto as Exhibit A is the executed signature page for the Application.

Respectfully submitted this 21st day of September, 2010.

                                    RAYBURN COOPER & DURHAM, P.A.

                                    /s/ Shelley K. Abel
                                    Shelley K. Abel
                                    N.C. State Bar No. 34370
                                    1200 Carillon, 227 W. Trade Street
                                    Charlotte, North Carolina 28202
                                    Telephone: 704/334-0891

                                    *Proposed Local Counsel to the Official Unsecured Creditors Committee*

**EXHIBIT A**

**WHEREFORE**, the Committee respectfully requests that the Court enter an Order, substantially in the form annexed hereto as Exhibit B, granting the Application in all respects, and grant such other and further relief as it deems just and proper.

Dated: September 17, 2010

                                 THE OFFICIAL COMMITTEE OF UNSECURED
                                 CREDITORS OF LANE PUNCH CORPORATION

                                 By: *[signature]*
                                 Joseph Wakeling, solely in his capacity
                                 as Chair of the Committee and not in his
                                 individual capacity

465796v3